## City of Chicago, Plaintiff in Error, v. Charles A. Selleck, Defendant in Error.

### Gen. No. 20,007.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. DAVID SULLIVAN, Judge, presiding. Heard in the Branch Appellate Court at the April term, 1914. Affirmed. Opinion filed January 26, 1915.

### Statement of the Case.

This case was consolidated for hearing with the case of *City of Chicago v. Allen,* reported on p. 189 *ante,* and the decision in that case held controlling in this.

WILLIAM H. SEXTON and JAMES S. MCINERNEY, for plaintiff in error; ALBERT J. W. APPELL, of counsel.

FRANCIS E. CROARKIN, for defendant in error; FRANCIS W. WALKER, of counsel.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.